UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARY COSGROVE,

     Plaintiff,

                                           Case No. 25-cv-13091
v.                                    Hon. Matthew F. Leitman

CHRISTOPHER SWANSON, *et al.*,

     Defendants.

_____/

### ORDER DENYING PLAINTIFF'S MOTION
### FOR PROTECTIVE ORDER (ECF No. 4)

In this civil-rights action, Plaintiff Cary Cosgrove brings claims against Defendants, three employees of the Genessee County Jail in Flint, Michigan, for allegedly violating his First and Eighth Amendment rights while he was incarcerated there. (*See* Compl., ECF No. 1.)  Now before the Court is Cosgrove's Motion for a Protective Order (ECF No. 4).  In that Motion, Cosgrove requests that the Court order his immediate transfer to another facility in another county. (*See* Mot., ECF No. 4.)  Cosgrove has not persuaded the Court that entry of a protective order to that effect is necessary or appropriate.  The Motion (ECF No. 4) is therefore **DENIED**.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  June 22, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan\
Case Manager
