UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARY COSGROVE,

Plaintiff,

Case No. 25-cv-13091
Hon. Matthew F. Leitman

v.

CHRISTOPHER SWANSON, *et al.*,

Defendants.

_______________________________________/

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Plaintiff Cary Cosgrove is a former state inmate. In this action, Cosgrove brings claims against three employees of the Genessee County Jail in Flint, Michigan, for allegedly violating his First and Eighth Amendment rights while he was incarcerated there. (*See* Compl., ECF No. 1.)

Shortly after Cosgrove filed his Complaint, the Court notified him that it was his responsibility under Local Rule 11.2 to provide the Court updated and current contact information. (*See* Notice, ECF No. 2.) That notice twice warned Cosgrove that any "failure to promptly notify the court of a change in address or other contact information may result in the dismissal of [his] case." (*Id.*, PageID.10.)

On June 22, 2026, the Court issued an order denying a motion for protective order that Cosgrove had filed. (*See* Order, ECF No. 7.) The Court then mailed a copy of that order to the address that Cosgrove had provided the Court. (*See* Dkt.)

On July 14, 2026, that order returned to the Court as undeliverable. (*See* ECF No. 8.) The returned envelope had a handwritten notation on the front of it which said: "Not here." (*Id.*) It appears that Cosgrove may now be on probation and no longer in custody.

Cosgrove has not contacted the Court to update his mailing address, nor has he provided the Court any other contact information. Thus, it appears that Cosgrove has failed to comply with his obligation under Local Rule 11.2 to provide the Court current and updated contact information. Cosgrove's failure to do so is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this civil action. Accordingly, because Cosgrove has failed to comply with Local Rule 11.2 by providing the Court his current address, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126